IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Stifel Financial Corp.,

        Plaintiff,

   v.

Michael J. Iannarino.

        Defendant.

Case No: 2:18-cv-1223

Judge Graham

Magistrate Judge Jolson

## Amended Order of Prejudgment Attachment

This matter is before the Court on Plaintiff Stifel Financial Corporation's *ex parte* motion to amend the December 3, 2018 order of prejudgment attachment. Plaintiff has submitted evidence establishing that defendant has transferred the funds that were the subject of the order of attachment. Plaintiff has set forth specific facts showing that it will suffer irreparable injury if the order is not amended. For good cause shown, the motion to amend (doc. 19) is GRANTED.

Accordingly, Defendant Iannarino, either directly or through his business entity Cephas Capital Partners & Advisory, LLC, shall not transfer, move, sell or encumber the $450,000 drawn from his Stifel account, then placed in accounts with PNC Bank and CME Federal Credit Union, and later transferred (whether in whole or in part) to accounts held with Charles Schwab & Co., Inc., which are identified by account number in plaintiff's affidavits and supporting documentation, until further order of the Court.

                                                       s/ James L. Graham
                                                       JAMES L. GRAHAM
                                                       United States District Judge

DATE: December 19, 2018