**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Stifel Financial Corp., : | |
| : | |
| Plaintiff, : | Case No. 18-cv-1223 |
| : | |
| v. : | Judge James L. Graham |
| : | Magistrate Judge Kimberly A. Jolson |
| Michael J. Iannarino, : | |
| : | |
| Defendant. : | |

**NOTICE OF PREJUDGMENT ATTACHMENT ORDER**
**PURSUANT TO O.R.C. § 2715.045(C)**

You are hereby notified that this Court has issued an order in the above case in favor of STIFEL FINANCIAL CORP., 501 North Broadway, St. Louis, Missouri, 63102, the plaintiff in this proceeding, directing that property now in your possession be taken from you.  This order was issued on the basis of the plaintiff's claim against you as indicated in the documents that are enclosed with this notice.

The law of Ohio and the United States provides that certain benefit payments cannot be taken from you to pay a debt. Typical among the benefits that cannot be attached or executed on by a creditor are:

(1)  Workers' compensation benefits;

(2)  Unemployment compensation payments;

(3)  Cash assistance payments under the Ohio works first program;

(4)  Benefits and services under the prevention, retention, and contingency program;

(5)  Disability financial assistance administered by the Ohio department of job and family services;

(6)  Social security benefits;

(7)  Supplemental security income (S.S.I.);

(8)  Veteran's benefits;

(9)  Black lung benefits;

(10)  Certain pensions.

Additionally, your wages never can be taken to pay a debt until a judgment has been obtained against you. There may be other benefits not included in this list that apply in your case.

If you dispute the plaintiff's claim and believe that you are entitled to possession of the property because it is exempt or for any other reason, you may request a hearing before this court by disputing the claim in the request for hearing form, appearing below, or in a substantially similar form, and delivering the request for hearing to this court at the above address, at the office of the clerk of this court, no later than the end of the fifth business day after you receive this notice. You may state your reasons for disputing the claim in the space provided on the form; however, you are not required to do so. If you do state your reasons for disputing the claim, you are not prohibited from stating any other reasons at the hearing, and if you do not state your reasons, it will not be held against you by the court and you can state your reasons at the hearing. If you request a hearing, it will be held within three business days after delivery of your request for hearing and notice of the date, time, and place of the hearing will be sent to you.

You may avoid a hearing but recover and retain possession of the property until the entry of final judgment in the action by filing with the court, at the office of the clerk of this court, not later than the end of the fifth business day after you receive this notice, a bond executed by an acceptable surety in the amount of $900,000.00.

If you do not request a hearing or file a bond before the end of the fifth business day after you receive this notice, possession of the property will be withheld from you during the pendency of the action. Notice of the dates, times, places, and purposes of any subsequent hearings and of the date, time, and place of the trial of the action will be sent to you.

_____  Deputy Clerk
Issuing officer's signature

Richard W. Nagel, Clerk, U.S. District Court
Printed name and title

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Stifel Financial Corp., | : |
| | : |
|     Plaintiff, | :   Case No. 18-cv-1223 |
| | : |
| v. | :   Judge James L. Graham |
| | :   Magistrate Judge Kimberly A. Jolson |
| Michael J. Iannarino, | : |
| | : |
|     Defendant. | : |

**REQUEST FOR HEARING
PURSUANT TO O.R.C. § 2715.045(C)(2)**

    I dispute the claim for possession of property in the above case and request that a hearing in this matter be held within three business days after delivery of this request to the court.

    I dispute the claim for the following reasons:

_____
(Optional)
_____

_____

 

_____
Name of Defendant

_____
Signature

_____
Date

WARNING: IF YOU DO NOT DELIVER THIS REQUEST FOR HEARING OR A REQUEST IN A SUBSTANTIALLY SIMILAR FORM TO THE OFFICE OF THE CLERK OF THIS COURT WITHIN FIVE (5) BUSINESS DAYS OF YOUR RECEIPT OF IT, YOU WAIVE YOUR RIGHT TO A HEARING AND POSSESSION OF THE PROPERTY WILL BE WITHHELD FROM YOU DURING THE PENDENCY OF THE ACTION.