**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Stifel Financial Corporation, | : |
| | : Case No. 18-cv-1223 |
| Plaintiff, | : |
| | : Judge James L. Graham |
| v. | : |
| | : Magistrate Judge Kimberly A. Jolson |
| Michael J. Iannarino, | : |
| | : |
| Defendant. | : |

**NOTICE OF SATISFACTION OF DELIVERY PURSUANT TO O.R.C. § 2715.05**

Plaintiff Stifel Financial Corporation ("Stifel"), by counsel, provides notice to the Court that the Order of Prejudgment Attachment [ECF Doc. 16] and Amended Order of Prejudgment Attachment [ECF Doc. 20] were delivered to the appropriate parties via the Franklin County Sheriff's Office pursuant to O.R.C. § 2715.05.  Copies of the Sheriff Service Returns are attached hereto as indicated below.

1. CME Federal Credit Union, Sheriff Service Return attached hereto as Exhibit A
   Delivered 12/17/2018
   Documents Delivered:
   Notice of Order of Prejudgment Attachment
   Order of Prejudgment Attachment [ECF Doc. 16]
   Notice of Filing Bond [ECF Doc. 17]

2. PNC Bank, Sheriff Service Return attached hereto as Exhibit B
   Delivered 12/18/2018
   Documents Delivered:
   Notice of Order of Prejudgment Attachment
   Order of Prejudgment Attachment [ECF Doc. 16]
   Notice of Filing Bond [ECF Doc. 17]

1

CO\6023581.1

3. Charles Schwab & Co., Inc., Sheriff Service Return attached hereto as Exhibit C
Delivered 12/24/2018
Documents Delivered:
Notice of Order of Prejudgment Attachment
Amended Order of Prejudgment Attachment [ECF Doc. 20]

Respectfully submitted,

ICE MILLER LLP

*/s Nicole R. Woods*
| Matthew L. Fornshell | (0062101) |
|---|---|
| Trial Attorney | |
| Nicole R. Woods | (0084865) |
| Daniel M. Anderson | (0067041) |

250 West Street, Suite 700
Columbus, OH 43215
P: (614) 462-2700
F: (614) 462-5135
Matthew.Fornshell@icemiller.com
Nicole.Woods@icemiller.com
Daniel.Anderson@icemiller.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with the Court's CM/ECF system this 8th day of January, 2019, and a copy was served on the following via Regular U.S. Mail.

Michael J. Iannarino
1030 Northwest Blvd.
Columbus, Ohio 43221
*Defendant pro se*

*/s Nicole R. Woods*
Nicole R. Woods

2