# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Stifel Financial Corp.,<br>*Plaintiff*<br>v.<br><br>Michael J. Iannarino,<br>*Defendant* | )<br>)<br>)  Civil Action No.   2:18-CV-1223<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X
☐ other:   This case is closed. _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____
_____ .

Date:   May 9, 2019                                 *CLERK OF COURT*

                                                    s/Denise M. Shane
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*